# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00277-CR

**Dana John Alexander, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 51,704, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING

Appellant=s amended motion to dismiss this appeal is granted and the original motion is dismissed. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: August 8, 2002

Do Not Publish